```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __2/12/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JUAN CARLOS NAUT,

        Defendant.

18 Cr. 219-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's *pro se* motion requesting modification of his sentence pursuant to 18 U.S.C. § 3582(c) dated January 26, 2021.  ECF No. 188.  Accordingly,

1. By **March 15, 2021**, Defendant shall file an amended motion, if any;
2. By **March 24, 2021**, the Government shall file its opposition papers; and
3. By **March 31, 2021**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: February 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge