UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN CARLOS NAUT,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _4/7/2021____

18 Cr. 219-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' papers filed at ECF Nos. 191–94.  The parties are directed to submit supplemental briefing on the efficacy of the COVID-19 vaccine in preventing severe COVID-19 illness in individuals with Defendant's medical conditions, including pre-diabetes and hypertension.  Accordingly:

1.  By **April 14, 2021**, the parties shall file their supplemental papers; and

2.  By **April 21, 2021**, the parties shall file their opposition papers, if any.

SO ORDERED.

Dated: April 7, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge